CALOGERO MANZELLA, as Administrator of the Estate of SARAH MANZELLA, Deceased, Respondent, *v.* ROCHESTER RAILWAY COMPANY, Appellant.

*Manzella* v. *Rochester Ry. Co.*, 116 App. Div. 922, affirmed.
(Argued March 1, 1909; decided March 16, 1909.)

APPEAL from a judgment entered January 13, 1908, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which affirmed an order of the court at a Trial Term denying a motion for a new trial after a verdict had been rendered in favor of plaintiff in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*Daniel M. Beach* for appellant.

*Salvatore M. Vella* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.